# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2372

_____

| | | |
|---|---|---|
| Susan Carol Bishop, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Western Surety Company; Jennifer | * | Eastern District of Missouri. |
| Clark Williams; George Meyers; Greg | * | |
| Melton, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: May 2, 2006
Filed: May 5, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Susan Bishop (Bishop) appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of her civil complaint. Having conducted de novo review of the dismissal, and having accepted the facts in the complaint as true and construing them in Bishop's favor, see Springdale Educ. Ass'n v. Springdale Sch. Dist., 133 F.3d 649, 651 (8th Cir. 1998), we find the district court's analysis to be

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

thorough and well-reasoned, and we reject Bishop's arguments for reversal. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____